# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RICHARD KNAAK,

          Plaintiff,

v.

OPTIO SOLUTIONS, LLC, *doing business as* QUALIA COLLECTION SERVICES,

          Defendant.

Case No. 19-CV-1036-JPS

**ORDER**

On May 29, 2020, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #34). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #34) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party;

**IT IS FURTHER ORDERED** that Plaintiff's amended motion to certify class (Docket #19) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to restrict documents (Docket #24) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to strike Defendant's answer and affirmative defenses as untimely (Docket #28) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 8th day of June, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge